IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

JAN 1 4 2015

PER _____
DEPUTY CLERK

| | | |
|---|---|---|
| WILLIAMS STAPLES, | : | |
| Petitioner | : | |
| v. | : | 3:13-CV-01991 |
| J.E. KRUEGER, | : | (Judge Nealon) |
| Respondent | : | |

## ORDER

**AND NOW, ON THIS 13th DAY OF JANUARY, 2015**, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Court is direct to **CLOSE** this case.

_____
United States District Judge